# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

---

No. 1D2023-2309

---

AUSHEA WILLIAMS,

    Petitioner,

v.

RICKY DIXON, Secretary,
Department of Corrections,

    Respondent.

---

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 24, 2024

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004); *Green v. State*, 975 So. 2d 1090, 1115 (Fla. 2008).

ROBERTS, WINOKUR, and LONG, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Aushea Williams, pro se, Petitioner.

No appearance for Respondent.